**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

NATHANIEL EUGENE FLENNORY,       )
                                 )
            Plaintiff,           )
                                 )
      v.                         )        No. 2:26-CV-00031 JMB
                                 )
ANDY BOGGS,                      )
                                 )
            Defendant.           )

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Nathaniel Flennory's handwritten Complaint. [ECF No. 1]. Plaintiff is currently incarcerated at the Randolph County Jail in Huntsville, Missouri. Because Plaintiff's pleading is handwritten and not on a Court-provided form, the Court will direct Plaintiff to submit an Amended Complaint on the Court-provided Prisoner Civil Rights Complaint form. *See* E.D. L.R. 2.06(A). Additionally, Plaintiff will be Ordered to submit a certified prison account statement for the 6-month period immediately preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be given 30 days to submit his Amended Complaint and account statement. Plaintiff's failure to do so will result in the dismissal of this action, without prejudice.

### The Complaint

On April 1, 2026, Plaintiff filed a handwritten Complaint asserting that he was subjected to unlawful conditions of confinement during his incarceration at the Randolph County Jail in Huntsville, Missouri. He asserts that he has been placed in two different cells at the Jail that were unclean, but when he reported the issue to Jailer Kirk Austin and Assistant Jail Administrator Crystal Fisher, they refused to acknowledge the issue or allow him to have cleaning supplies to

clean the cells. Plaintiff believes that being subjected to the unclean cells have violated his civil rights.[1]  He seeks monetary damages in this action against four named Defendants:  Sheriff Andy Boggs, Jail Administrator Aleix Fry, Assistant Jail Administrator Crystal Fisher, Assistant Jail Administrator Jamie White and Jailer Kurtis Austin.

**Discussion**

The Court will order Plaintiff to file an Amended Complaint on a Court-provided Prisoner Civil Rights Complaint Form within 30 days of the date of this Order. As he has filed a Motion to Proceed in Forma Pauperis in this matter, he will also be required to submit a prison account statement for the 6-month period immediately preceding the filing of his Complaint. After Plaintiff submits his Amended Complaint and his prison account statement, the Court will calculate his initial partial filing fee and this case will be reviewed pursuant to 28 U.S.C. § 1915 for frivolousness, maliciousness, and for failure to state a claim.[2]

Plaintiff is warned that the filing of his Amended Complaint **completely replaces** his original Complaint, and so it must include all claims he wishes to bring. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005) ("It is well-established that an amended complaint supercedes an original complaint and renders the original complaint without legal effect"). Any claims from his original Complaint that are not included in his Amended Complaint will be deemed abandoned and will not be considered. *Id*. If Plaintiff fails to either

---

[1] Plaintiff has not indicated exactly how long he was allegedly subjected to the purportedly unclean cell conditions. The Eighth Circuit has explained that a conditions of confinement claim "will turn on both the severity of the conditions … and the length of exposure to those conditions." *Cody v. City of St. Louis,* 103 F.4th 523, 531 (8th Cir. 2024).

[2] After payment of the initial partial filing fee, Plaintiff will be required to pay the full $350 of the filing fee as required under the Prison Litigation Reform Act.

submit his prison account statement or his Amended Complaint on the Court-form within 30 days, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall provide Plaintiff with a copy of the Prisoner Civil Rights Complaint Form.

**IT IS FURTHER ORDERED** that Plaintiff shall file an Amended Complaint on the Court-provided form within 30 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall file a copy of his prison account statement showing the 6-month period immediately preceding the filing of his Complaint, within 30 days of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 7th day of April, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

3